OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of
Ohio are being transmitted electronically beginning May 27,
1992, pursuant to a pilot project implemented by Chief Justice
Thomas J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.
Your comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.

Cleveland Bar Association v. Jones.
[Cite as Cleveland Bar Assn. v. Jones (1994),     Ohio St.3d
.]
Attorneys at law -- Misconduct -- Suspended one-year suspension
     with conditions revoked and respondent attorney suspended
     from the practice of law for time remaining in one-year
     suspension when respondent attorney is unable to comply
     with conditions.
     (No. 93-1773 -- Submitted March 29k, 1994 -- Decided May
18, 1994.)
     On Report by Relator Regarding Monitoring of Respondent.
     Pursuant to our order in Cleveland Bar Assn. v. Jones
(1993), 68 Ohio St.3d 89, 623 N.E.2d 1181, respondent, Willie
K. Jones of Cleveland, Ohio, Attorney Registration No. 0031440,
was suspended from the practice of law in Ohio for one year due
to professional misconduct; however, the imposition of this
suspension was stayed on various conditions to be met within
three months.  Relator, the Cleveland Bar Association, has
advised us that respondent has been unable to comply with these
conditions and has agreed to revocation of the stay and
imposition of the suspension for the rest of the one-year
period.  Accordingly, the stay of respondent's suspension is
hereby revoked, and respondent is suspended from the practice
of law in Ohio for the time remaining in the one-year
suspension.  Furthermore, respondent's reinstatement to the
practice of law is hereby made subject to his compliance with
the conditions previously ordered.
                              Judgment accordingly.
     Moyer, C.J., A.W. Sweeney, Wright, Resnick and F.E.
Sweeney, JJ., concur.
     Douglas and Pfeifer, JJ., dissent.
     Douglas, J., dissenting.     I respectfully dissent.  I
would continue the stay of respondent's suspension during his
continued good behavior.
     Pfeifer, J., concurs in the foregoing dissenting opinion.